UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JENNY LECOMPTE, as parent and general guadian of CONNOR LECOMPTE, a minor child, | 6:18-CV-00519-TC |
| Plaintiff, | ORDER |
| v. | |
| SPRINGFIELD SCHOOL DISTRICT 19, an Oregon school district created and operating under the laws of the State of Oregon; et al., | |
| Defendants. | |

COFFIN, Magistrate Judge:

The parties have stipulated to the dismissal of individual defendants. As such, the individual

defendants Susan Ricke-Smith, Jeffrey Fuller, EJ Rotherham, Brian Megert, and Greg Howells are

dismissed without prejudice and without costs.

The parties have also stipulated and agreed that the actions taken by such individual defendants

were taken within the course and scope of their employment with Springfield School District 19.

Page 1 - ORDER

The parties' stipulated motion (#11) for the dismissal of individual defendants is allowed and they are dismissed as set forth above.

DATED this __21__ day of May , 2018 .

_____
THOMAS M. COFFIN
United States Magistrate Judge